IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SWAYSEY RANKIN #20090005972,    )
                                )
            Plaintiff,           )
                                )
    v.                           )    No.  10 C 691
                                )
TOM DART, et al.,                )
                                )
            Defendants.          )

MEMORANDUM ORDER

This Court's June 2, 2010 memorandum order ("Order") was largely devoted to apparent flaws in the Answer that had been filed in response to the 42 U.S.C. §1983[1] action brought pro se by Swaysey Rankin ("Rankin"). At the end of the Order, however, this Court directed Rankin to respond to the Answer's affirmative defense that challenged his action as purportedly noncompliant with the statutory precondition of exhaustion of administrative remedies set out in Section 1997e(a).

Now Rankin has tendered a set of photocopies of grievance forms that he had filed in connection with the matters he now claims as violations of his constitutional rights--allegations that assertedly render his Section 1983 action viable. This Court expresses no substantive views in that respect--instead it will await an appropriate motion for dismissal on that ground, if defendants choose to advance such a motion. But if no such

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

motion is filed, together with a supporting memorandum, on or before July 12, 2010, this Court will assume that Rankin has complied with the statutory precondition to suit.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 21, 2010