```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

SWAYSEY RANKIN #20090005972,    )
                                )
              Plaintiff,         )
                                )
     v.                          )      No.  10 C 691
                                )
TOM DART, et al.,                )
                                )
              Defendants.        )
```

<u>MEMORANDUM ORDER</u>

This Court's June 2, 2010 memorandum order ("Order") was
largely devoted to apparent flaws in the Answer that had been
filed in response to the 42 U.S.C. §1983[1] action brought pro se
by Swaysey Rankin ("Rankin").  At the end of the Order, however,
this Court directed Rankin to respond to the Answer's affirmative
defense that challenged his action as purportedly noncompliant
with the statutory precondition of exhaustion of administrative
remedies set out in Section 1997e(a).

Now Rankin has tendered a set of photocopies of grievance
forms that he had filed in connection with the matters he now
claims as violations of his constitutional rights--allegations
that assertedly render his Section 1983 action viable.  This
Court expresses no substantive views in that respect--instead it
will await an appropriate motion for dismissal on that ground, if
defendants choose to advance such a motion.  But if no such

_____

[1] All further references to Title 28's provisions will
simply take the form "Section--."

motion is filed, together with a supporting memorandum, on or before July 12, 2010, this Court will assume that Rankin has complied with the statutory precondition to suit.

_____
Milton I. Shadur
Senior United States District Judge

Date:  June 21, 2010